UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEFFERY MORVANT | * | CIVIL ACTION NO.: 15-2170 |
| | * | |
| | * | SECTION: "N" (4) |
| VERSUS | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| JUMBO JAVELIN N.V., ET AL | * | MAGISTRATE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

CONSIDERING the above and foregoing Joint Motion to Dismiss with Prejudice:

IT IS ORDERED that the above-captioned action be and is hereby dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and other litigation expenses.

New Orleans, Louisiana, this __3rd__ day of __October__, 2016.

_____
UNITED STATES DISTRICT JUDGE